No. 2,251.—IN THE MATTER OF THE APPLICATION OF GEORGE MRZLAK FOR WRIT OF HABEAS CORPUS.

Original application for writ of *habeas corpus.*

Decided November 8, 1905.

PER CURIAM.—Petitioner's application for writ of *habeas corpus* is hereby denied.

*Messrs. Maury & Hogevoll*, for Petitioner.

———

No. 2,184.—E. H. O'BRIEN, APPELLANT, *v.* MAX FRIED, AND R. FRIED, RESPONDENTS.

*Appeal from Silver Bow County; E. W. Harney, Judge.*

Decided December 1, 1905.

PER CURIAM.—Respondents' motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Mr. M. J. Cavanaugh*, for Appellant.

*Mr. L. P. Forestell*, and *Mr. I. A. Cohen*, for Respondents.